**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**BILLINGS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**RYAN JAMES FOOTE,**<br><br>**Defendant.** | **CR 26-33-BLG-KSL**<br><br>**ORDER DISMISSING INDICTMENT WITHOUT PREJUDICE** |

Upon the United States' Unopposed Motion to Dismiss Indictment (Doc. 20), and for good cause shown,

**IT IS HEREBY ORDERED** that the United States' Motion (Doc. 20) is **GRANTED.** The Indictment in this case is hereby **DISMISSED without prejudice.**

**IT IS FURTHER ORDERED** that the trial in this matter presently set for October 19, 2026, is **VACATED.**

**IT IS FURTHER ORDERED** that the Defendant, presently in the custody of the United States Marshal's Service, shall be released in this matter.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 2nd day of October, 2026.

Kathleen Lane

KATHLEEN S. LANE
United States District Court Judge